# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-15-00100-CV

**James E. Wade, Appellant**

**v.**

**Johnny Wade, Individually; Amanda Wade, Individually; and Amanda Wade, as the Independent Executor of the Estate of Edell Wade, Appellee**

### FROM THE COUNTY COURT AT LAW OF BURNET COUNTY
### NO. P9127, THE HONORABLE W. R. SAVAGE, JUDGE PRESIDING

### O R D E R

**PER CURIAM**

The mandate in this cause issued by the Court on August 1, 2017 is hereby withdrawn.

It is ordered on August 4, 2017.


Before Chief Justice Rose, Justices Field and Shannon